IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Ernest Richardson, III                               Case No. 22-10572-JCO-13

If a creditor with an allowed unsecured claim objects to the treatment of unsecured claims in this confirmation order, the creditor must file a written objection with the clerk of the court at 201 St. Louis St., Mobile, AL 36602 within 21 days of service of the order. This order will become final upon expiration of the 21 days if no objections are filed. If objections are filed, the order will become final upon the disposition of all objections.

## ORDER CONFIRMING PLAN

This matter is before the court on confirmation of Debtor's chapter 13 plan of reorganization. This court has jurisdiction to hear this matter pursuant to 28 U.S.C. § 1334(b) and § 157(a) and (b)(2)(A) and (L). Venue is appropriate as contemplated by 28 U.S.C. § 1408. Appropriate notice was given.

The following is a summary of final plan terms as provided by the Debtor on 9/13/2022 and as calculated by the chapter 13 trustee. Except as modified below, the provisions of the plan as originally filed using this district's model plan form remain in effect and are incorporated herein.

1. Refer to the plan for complete language for Section 1.
2. **PAYMENTS AND LENGTH OF PLAN**

    The term of the plan is 42 months. The plan as confirmed requires payment to the trustee as follows for the term of the plan:

    $410.00 per month for 42 months

3. **PRE-CONFIRMATION ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS**

    | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
    |---|---|---|---|---|
    | Santander Consumer USA | 5 | | 2012 GMC Sierra | $95.00 |

4. **POST-CONFIRMATION ALTERNATE MONTHLY PAYMENTS TO SECURED CREDITORS**

    | CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | MONTHLY PYMT. |
    |---|---|---|---|---|
    | Santander Consumer USA | 5 | | 2012 GMC Sierra | $95.00 |

5. **ATTORNEY'S FEE FOR DEBTOR'S BANKRUPTCY COUNSEL**

    | DEBTOR'S COUNSEL | FEE TO BE PAID THROUGH PLAN |
    |---|---|
    | Kevin M. Ryan | $4,000.00 |

6. **DOMESTIC SUPPORT OBLIGATIONS**

    | CREDITOR | ECF # | STATUS | TOTAL CLAIM | CLAIMANT | ALTERNATE MONTHLY PAYMENT | PREFERENCE PAYMENT |
    |---|---|---|---|---|---|---|
    | | | | | | | |

7. **TREATMENT OF SECURED CLAIMS**

**7.1** **Request for valuation of secured claims, payment of secured claims, and modification of undersecured claims**

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| Santander Consumer USA | 5 | | $9,470.18 | 2012 GMC Sierra | 4.00 % | $368.88 |

**PRO RATA CREDITORS**

| CREDITOR | ECF# | STATUS | SECURED VALUE | COLLATERAL DESCRIPTION |
|---|---|---|---|---|

**7.2** **Secured claims excluded from valuation under Bankruptcy Code § 506**

| CREDITOR | ECF # | STATUS | SECURED CLAIM | COLLATERAL DESCRIPTION | INTEREST RATE | MONTHLY PAYMENT |
|---|---|---|---|---|---|---|
| | | | | | % | $0.00 |

**7.3** **Curing defaults and maintaining direct payments on long-term debt**

**CLAIMS PAID DIRECT**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | DIRECT PMT |
|---|---|---|---|---|
| | | | | $0.00 |

**ARREARAGE CLAIMS**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | ARREARAGE |
|---|---|---|---|---|

**8. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**

| CREDITOR | ECF # | STATUS | TYPE OF PRIORITY | CLAIM/SCHEDULED AMOUNT |
|---|---|---|---|---|
| | | | | $0.00 |

**9. NONPRIORITY UNSECURED CLAIMS**

Nonpriority unsecured claims will be paid 0.00% or higher, pro rata.

**10. SURRENDERED PROPERTY (AUTOMATIC STAY IS TERMINATED)**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION |
|---|---|---|---|
| Performance Finance | 7 | Surrendered | 2020 Polaris ATV Sportsman 450 |
| Synchrony Bank/Polaris Consumer | 17 | Surrendered | 2019 Polaris ATV & 2019 Polaris SPMN 570EPS UTIL |

**11. EXECUTORY CONTRACTS, INCLUDING UNEXPIRED LEASES OF REAL OR PERSONAL PROPERTY**

| CREDITOR | ECF # | STATUS | COLLATERAL DESCRIPTION | REJECT/ASSUME |
|---|---|---|---|---|

**12. OTHER PLAN PROVISIONS**
Refer to plan for complete language.

**13. NONSTANDARD PLAN PROVISIONS**

The court finds that the plan satisfies the requirements of 11 U.S.C. § 1325. It is thus ORDERED that the Debtor's plan is confirmed on the terms summarized above.

Date: 9/15/2022                                             /s/JERRY C. OLDSHUE
                                                            U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office
Order of Confirmation-RPT402